## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**VS.**                           **NO. 4:19CR00572-04 KGB**

**GABRIEL VINCENT ELLINGTON**                               **DEFENDANT**

### MOTION FOR DETENTION HEARING

Comes now the defendant, Gabriel Vincent Ellington, by and through his attorney, Garry J. Corrothers, and for his motion for a detention hearing to determine his pretrial release, states as follows:

1. The trial in this matter is scheduled for August 27, 2020, at 9:30 a.m.

2. Defendant is in Federal Marshal's custody in the Miller County, Arkansas, Detention Facility. He has been subject to state detainer based on a "no bond" status in Pulaski County Circuit Court. However, he has been released on his own recognizance in Pulaski County.

3. At his Plea and Arraignment Hearing Defendant reserved his right to a Detention Hearing.

4. Defendant hereby requests a detention hearing to determine if there are terms and conditions that can be set by this Court allowing for his pretrial release until a trial on this matter can be held.

WHEREFORE, undersigned counsel prays that this motion be granted and for all other just and proper relief.

                                                                      Respectfully submitted,

                                                                      GABRIEL VINCENT ELLINGTON

By: Garry J. Corrothers  
Corrothers Law Office, PLLC  
221 W. 2nd Street, Suite 617  
Little Rock, AR 72201  
Tele: (501) 376-0812  
e-mail: gjcorrotherslaw@gmail.com  
ABN: 89-133

## CERTIFICATE OF SERVICE

I, hereby certify that on March 20, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Arkansas by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                                                             Garry J. Corrothers