**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

**v.**                              **Case No. 4:19-cr-00572-04 KGB**

**GABRIEL VINCENT ELLINGTON**                                          **DEFENDANT**

**<u>ORDER</u>**

Defendant Gabriel Vincent Ellington's motion for detention hearing (Dkt. No. 223) is

hereby referred to United States Magistrate Judge J. Thomas Ray, who is presiding as the criminal

duty magistrate judge this month.

It is so ordered this 23rd day of March, 2020.

_____
Kristine G. Baker
United States District Judge